# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Andrew T. Berry
William J. Heller
Nicole A. Corona
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
973-622-4444
Attorneys for Plaintiffs

Of Counsel:
Joseph M. O'Malley, Jr.
Bruce M. Wexler
Paul Hastings
Park Avenue Tower
75 E. 55th Street
First Floor
New York, NY 10022
212-318-6000

Attorneys for Plaintiffs
Altana Pharma AG and Wyeth

| | |
|---|---|
| ALTANA PHARMA AG, and WYETH | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION NO. 06-3672<br>) (JLL)(CCC) |
| v. | )<br>) |
| KUDCO IRELAND, LTD., KREMERS URBAN DEVELOPMENT CO., SCHWARZ PHARMA, INC., SCHWARZ PHARMA USA HOLDINGS, INC., and SCHWARZ PHARMA AG | )<br>) **STIPULATION AND**<br>) **ORDER**<br>)<br>) |
| Defendants. | )<br>) |

It is hereby stipulated and agreed by and between the undersigned attorneys for Plaintiffs, Altana Pharma AG and Wyeth, and for Defendants, Kudco Ireland, Ltd., and Schwarz Pharma Inc., that the thirty day adjournment entered in this case by Magistrate Judge Cecchi, ending on October 16, 2006, adjourns all due dates for defendants' pending motion to dismiss by 30 days. After that time, the Court shall reschedule the return date for the motion.

**SO ORDERED** this _____ day of September, 2006.

                                                                                                 _____
                                                                                                 Honorable Claire C. Cecchi, U.S.M.J.

| EPSTEIN BECKER & GREEN, P.C.<br>Attorneys for Defendants | McCARTER & ENGLISH<br>Attorneys for Plaintiffs |
|---|---|
| By: _/s/ James P. Flynn_____<br>      JAMES P. FLYNN | By: _/s/ William J. Heller_____<br>      WILLIAM J. HELLER |
| *Of Counsel* | *Of Counsel* |
| Steven Maddox<br>Jeffrey N. Costakos<br>Foley & Lardner LLP<br>3000 K Street, N.W.<br>Suite 500<br>Washington, DC 20007 | Joseph M. O'Malley, Jr.<br>Bruce M. Wexler<br>Paul Hastings<br>Park Avenue Tower<br>75 E. 55th Street<br>First Floor<br>New York, NY 10022 |
| Dated: September 19, 2006 | Dated: September 19, 2006 |